**MURRAY'S BEAUTY SALON and Murray Kane v. PHILAD COMPANY et al.**

**No. 7722.**

Circuit Court of Appeals, Sixth Circuit.

May 6, 1938.

Maurice S. Cayne, of Chicago, Ill., and Carl W. Frey, of Cincinnati, Ohio, for appellants.

Morris Kirschstein, of New York City, Walter W. Schwaab, of Cincinnati, Ohio, and T. Paul Titus, of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be and the same is dismissed, pursuant to stipulation of counsel.

---

**Eugene MOREHEAD, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta Georgia, Appellee.**

**No. 8708.**

Circuit Court of Appeals, Fifth Circuit.

June 6, 1938.

Eugene Morehead, in pro. per., for appellant.

Lawrence S. Camp, U. S. Atty., and J. Ellis Mundy and H. H. Tisinger, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

---

**NORTH AMERICAN LIFE INSURANCE COMPANY OF CHICAGO et al. v. MICHIGAN SANITARIUM & BENEVOLENT ASSOCIATION.**

**No. 7944.**

Circuit Court of Appeals, Sixth Circuit.

May 3, 1938.

Bell, Boyd & Marshall, of Chicago, Ill., and Edward A. Macdonald, of Detroit, Mich., for appellants.

Welles, Kelsey, Cobourn & Harrington, of Toledo, Ohio, and Ira A. Beck, of Battle Creek, Mich., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be and the same is dismissed without costs to either party, pursuant to stipulation of counsel.